Official Form 17
(12/04)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:  CHLIS LORRAINE DEAN                     Case No. 06-10145-BLS
                                                Chapter  13

## NOTICE OF APPEAL

Wells Fargo Bank, N.A., the plaintiff appeals under 28 U.S.C. § 158(a) or (b) from the judgement , order, or decree of the bankruptcy judge, Honorable Judith K. Fitzgerald, entered in this bankruptcy proceeding on the 22nd day of August, 2006.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Draper & Goldberg PLLC<br>Thomas D.H. Barnett, Esquire<br>Neil F. Dignon, Esquire<br>P.O. Box 947<br>512 East Market Street<br>Georgetown, Delaware 19947<br>(302) 855-9252<br>Attorney for Appellant | Cynthia L. Carroll, Esquire<br>260 Chapman Road, Suite 201-D<br>Newark, Delaware 19702<br>302-733-0411<br>Attorney for the Debtor |
|---|---|
| Chlis Lorraine Dean<br>7 Blue Hen Ridge<br>Newark, Delaware 19711-2559<br>Debtor | Michael B. Joseph, Trustee<br>824 Market Street<br>P.O. Box 1351<br>Wilmington, Delaware 19899-1351<br>302-656-0123<br>Chapter 13 Trustee |

Dated: 9/20/06

    Signed:/s/ Neil F. Dignon
            Thomas D.H. Barnett, Bar No. 0994
            Neil F. Dignon, Bar No. 3625
            P.O. Box 947
            512 East Market Street
            Georgetown, Delaware 19947
            (302) 855-9252

    If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court.  The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal.  Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** CHLIS LORRAINE DEAN<br>           Debtor | Case No. 06-10145-BLS<br>Chapter 13 |

WELLS FARGO BANK, N.A.
3476 STATEVIEW BOULEVARD
FORT MILL, SOUTH CAROLINA 29715
     Appellant


THOMAS D.H. BARNETT, ESQUIRE
NEIL F. DIGNON, ESQUIRE
DRAPER & GOLDBERG, P.L.L.C.
P.O. BOX 947
512 EAST MARKET STREET
GEORGETOWN, DE 19947
     Attorneys for the Appellant


CHLIS LORRAINE DEAN
7 BLUE HEN RIDGE
NEWARK, DELAWARE 19711-2559
     Debtor


## CERTIFICATION TO COURT OF APPEALS
## BY ALL PARTIES

    A notice of appeal having been filed in the above-styled matter on September 20th, 2006, Wells Fargo Bank, N.A., who are the appellants hereby certify to the court under 28 U.S.C. § 158(d)(2)(A) that a circumstance specified in 28 U.S.C. § 158(d)(2) exists as stated below.

    Leave to appeal in this matter is required under 28 U.S.C. § 158(a).

    This certification arises in an appeal from a final judgment, order, or decree of the United States Bankruptcy Court for the District of Delaware entered on August 22, 2006.

  The judgment, order, or decree involves a question of law requiring resolution of conflicting decisions.

/s/ Neil F. Dignon
Thomas D.H. Barnett, Bar No. 0994
Neil F. Dignon, Bar No. 3625
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947
(302) 855-9252
Date: 9/20/06

CERTIFICATION OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Notice of Appeal and Certification to Court of Appeals By All Parties were mailed by first class mail, postage-paid, this 20<u>th</u> day of <u>September</u> , 2006 to the following parties:

Chlis Lorraine Dean
7 Blue Hen Ridge
Newark, Delaware 19711-2559
Debtor

Cynthia L. Carroll, Esquire
260 Chapman Road, Suite 201-D
Newark, Delaware 19702
302-733-0411
Attorney for the Debtor

Michael B. Joseph, Trustee
824 Market Street
P.O. Box 1351
Wilmington, Delaware 19899-1351
302-656-0123
Chapter 13 Trustee

/s/ Neil F. Dignon
Thomas D.H. Barnett, Esquire
Neil F. Dignon, Esquire

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: _____     ○ BK     ○ AP
   If AP, related BK Case Number: _____

Title of Order Appealed:
_____
   Docket Number: _____     Date Entered: _____

Item Transmitted:   ○ Notice of Appeal            ○ Motion for Leave to Appeal
                    ○ Amended Notice of Appeal   ○ Cross Appeal
                    Docket Number: _____        Date Filed: _____

*Appellant/Cross Appellant:                *Appellee/Cross Appellee
_____   _____
Counsel for Appellant:                    Counsel for Appellee:
_____   _____
_____   _____
_____   _____
_____   _____

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ○ Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ○ No

Have Additional Appeals to the Same Order been Filed?   ○ Yes   ○ No
   If so, has District Court assigned a Civil Action Number?   ○ Yes   ○ No   Civil Action # _____

Additional Notes:
_____

_____           By: _____
Date                                          Deputy Clerk

_____
                                              FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: _____
7/6/06

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| CHLIS LORRAINE DEAN | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Case No.06-10145-JKF |
| | ) | |

**RE: DN 42**

**ORDER**

To wit, and after the hearing held on **August 22, 2006**, regarding Wells Fargo's Motion to Reconsider the Order Sustaining the Debtor's Objection to Claim No. 4, **IT IS HEREBY ORDERED** that the motion is **DENIED** for the reasons stated on the record.

Dated: September 22, 2006

_____
Judith K. Fitzgerald
United States Bankruptcy Judge