IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**In re:** CHLIS LORRAINE DEAN               Case No. 06-10145-BLS
      Debtor                                    Chapter 13

CHLIS LORRAINE DEAN
7 BLUE HEN RIDGE
NEWARK, DELAWARE 19711-2559
    Appellee

CYNTHIA L. CARROLL, ESQUIRE
CYNTHIA L. CARROLL, P. A.
260 CHAPMAN ROAD, SUITE 201-D
NEWARK, DE  19702
    Attorney for Appellee

WELLS FARGO BANK, N.A.
3476 STATEVIEW BOULEVARD
FORT MILL, SOUTH CAROLINA 29715
    Appellant

THOMAS D.H. BARNETT, ESQUIRE
NEIL F. DIGNON, ESQUIRE
DRAPER & GOLDBERG, P.L.L.C.
P.O. BOX 947
512 EAST MARKET STREET
GEORGETOWN, DE 19947
    Attorneys for the Appellant

**APPELLEE'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD**

STATEMENT OF ISSUES

    1.    Whether the Bankruptcy Court's Order, sustaining the Debtor's Objection to the Proof of Claim filed by Wells Fargo Bank, N. A. (Claim No. 4), should be affirmed, when the claim sought to collect $17,903.38 in attorneys fees, contrary to 10 Del. C. Section 3912, and Paragraph 22 of the Mortgage, which provides that the Appellant, Wells Fargo Bank, N.A. ("the Lender") shall collect "attorneys fees of

1

0.00%"?

      2.      Whether any other ambiguous or contradictory statements contained in the note or mortgage regarding the collectibility of attorneys fees should be construed against the drafter of said documents, the Appellant?

      3.      Whether the Appellee may be bound by the terms of the Note when the Appellants evidence suggests that she did not sign the Note?

      4.      Whether the Bankruptcy Court's finding that Wells Fargo, N.A. was not prejudiced by service of the Objection to Claim on its local bankruptcy counsel, should be affirmed, when that counsel filed an Objection to Confirmation in the Appellee's case, and appeared on behalf of the Appellee at the hearing on the Objection to Claim, which had been continued, and presented argument on behalf of Appellee at the hearing on the Debtor's Objection to Claim?

      5.      Whether the Bankruptcy Court's finding that the collection of attorneys fees by Appellant under the above circumstances would violate the Truth in Lending laws, should be affirmed?

The Appellee, Clis Lorraine Dean, hereby designates the following documents to be included in the record on appeal:

| File Date | Paper No. | Pleading |
|---|---|---|
| 03/13/06 | 1 | Proof of Claim, #4 |
| 03/13/06 | 4 | Mortgage |
| 03/20/06 | 24 | Objection to Confirmation of Plan filed by Wells Fargo Bank, N.A. |
| 05/25/06 | 22 | Objection to Proof of Claim |
| 07/11/06 | 31 | Order Sustaining Objection to Claim |
| 07/21/06 | 32 | Motion to Reconsider Order Sustaining Objection to Claim |
| 08/14/06 | 36 | Response to Motion to Reconsider |
| 09/20/06 | 38 | Notice of Appeal |
| 09/22/06 | 42 | Order Denying Motion to Reconsider |
| 09/29/06 | 43 | Note |

| | | |
|---|---|---|
| 09/29/06 | 48 | 03/24/04 Loan Modification Agreement |
| 09/29/06 | 51 | 07/11/05 Reinstatement/Repayment Agreement |
| 09/29/06 | 54 | Transcript of Hearing Held 08/22/06 |
| | 60 | Transcript of Hearing Held 06/20/06 |

Respectfully Submitted,

**CYNTHIA L. CARROLL, P.A.**

/s/ Cynthia L. Carroll
Cynthia L. Carroll, Esquire, Bar No. 3465
260 Chapman Road, Suite 201(D)
Newark, DE  19702
(302) 733-0411
Attorney for Appellee Chlis Lorraine Dean

DATED: October 10, 2006