IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: CHLIS LORRAINE DEAN, | )<br>) Bk. No. 06-10145 (JKF)<br>) |
| Debtors. | ) |
| WELLS FARGO BANK, N.A., | )<br>) |
| Appellant, | )<br>) |
| v. | ) Civ. No. 06-664-SLR<br>) |
| CHLIS LORRAINE DEAN, | )<br>) |
| Appellee. | ) |

**O R D E R**

At Wilmington this 28th day of September, 2007, having reviewed the record and there having been no activity in the above captioned bankruptcy appeal since the reference to a mediator was entered on November 16, 2006[1], indicating that the matter has been resolved or that the judicial process is not being used effectively (or respectfully) by the parties;

IT IS ORDERED that said appeal is dismissed for lack of prosecution.

                             _____
                                  United States District Judge

---

[1] At the court's request a status report was filed under seal by the mediator on September 27, 2007 (D.I. 6).