IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>    Apellant,<br><br>vs.<br><br>CHLIS LORRAINE DEAN,<br><br>    Appellee. | Civil No. 06-664-SLR<br><br>(on appeal from an Order of the United States Bankruptcy Court for the District of Delaware, Case No. 06-10145-BLS (Chap.13) |

## SUBSTITUTION OF COUNSEL

THE UNDERSIGNED COUNSEL hereby substitutes its appearance on behalf of Appellant Wells Fargo Bank, N.A. ("Appellant") in the above-captioned case.

Dated: October 4, 2007
   Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, PLLC

 /s/ Adam Hiller
Adam Hiller (DE No. 4105)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile

and

Thomas D.H. Barnett (DE No. 994)
Draper & Goldberg, PLLC
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947

*Attorneys for Appellant*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 4, 2007, copies of the foregoing Substitution of Counsel were served via first-class mail, postage prepaid, upon:

    Cynthia L. Carroll, Esquire
    CYNTHIA L. CARROLL, P. A.
    Attorneys and Counselors at Law
    260 Chapman Road, Suite 201-D
    Newark, DE 19702

    John Kerns
    187 Brittney Ln
    Hartly, DE 19953

Dated: October 4, 2007      /s/ **Adam Hiller**
  Wilmington, Delaware     Adam Hiller (DE No. 4105)
              Draper & Goldberg, PLLC
              1500 North French Street, 2nd Floor
              Wilmington, Delaware 19801
              (302) 339-8776 telephone
              (302) 213-0043 facsimile