IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>      Apellant,<br>vs.<br><br>CHLIS LORRAINE DEAN,<br><br>      Appellee. | Civil No. 06-664-SLR<br><br>(on appeal from an Order of the United States Bankruptcy Court for the District of Delaware, Case No. 06-10145-BLS (Chap.13) |

**MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE**
*(relates to Docket No. 7)*

Appellant Wells Fargo Bank, N.A. ("Appellant"), by its undersigned attorneys, files this motion to reconsider the Order (Docket No. 7) (the "Dismissal Order") of this Court dismissing this appeal, and in support hereof states as follows:

  1.  On February 13, 2006 (the "Petition Date"), Chlis Lorraine Dean ("Appellee" or the "Debtor") commenced the above-referenced case by filing a voluntary petition for relief under Chapter 13 of the Bankruptcy Code. Michael Joseph (the "Trustee") was appointed to serve as the Chapter 13 trustee of the Debtors' bankruptcy case.

  2.  This is an appeal of an order of the United States Bankruptcy Court for the District of Delaware denying a motion for reconsideration of an order disallowing Appellant's claim in the Debtor's bankruptcy case.

  3.  Pursuant to a standing order of this Court, this appeal was referred to mandatory mediation. However, in the middle of the mediation process, the attorney principally handling this case on Appellant's behalf, Neil Dignon, left the firm of Draper & Goldberg, LLC.

  4.  In an attempt to restart the mediation, the mediator recently contacted the undersigned attorney at the firm, and the undersigned agreed promptly to continue the mediation

process. The undersigned was not aware of the pendency of this appeal prior to receiving communications from the mediator, and it does not appear that any notices, pleadings, or papers had been served in this appeal during the relatively brief period that the undersigned has been employed with the firm. Upon speaking with the mediator, the undersigned immediately contacted opposing counsel to reinstitute settlement discussions and to determine whether further mediation or litigation may be necessary. This matter was apparently on the verge of settlement when an unrelated event caused the parties to have to reevaluate their positions on that settlement. The undersigned and opposing counsel have corresponded electronically, and it is hoped that mediation can be completed and the case settled.

5. Because no motion to dismiss had been filed or show cause order entered, the undersigned did not take formal action on the record of this case to evidence this renewed activity to the Court. However, the Court entered the Dismissal Order on September 28, 2007, dismissing this case for lack of activity in accordance with a sealed letter transmitted by the mediator.

6. It is Appellant's intention to move forward with active settlement discussions at this time or, if necessary, to proceed beyond mediation and seek a judicial resolution of the appeal by this Court. Appellant therefore requests that the Court reconsider the Dismissal Order to give the parties a reasonable period of additional time to mediate this matter.

WHEREFORE, Appellant requests that this Court reconsider the Dismissal Order, and grant such further relief as this Court deems just and proper.

Dated: October 4, 2007  
       Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, PLLC

 **/s/ Adam Hiller**  
Adam Hiller (DE No. 4105)  
1500 North French Street, 2nd Floor  
Wilmington, Delaware 19801  
(302) 339-8776 telephone  
(302) 213-0043 facsimile

and

Thomas D.H. Barnett (DE No. 994)  
Draper & Goldberg, PLLC  
P.O. Box 947  
512 East Market Street  
Georgetown, Delaware 19947

*Attorneys for Appellant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>     Apellant,<br><br>vs.<br><br>CHLIS LORRAINE DEAN,<br><br>     Appellee. | Civil No. 06-664-SLR<br><br>(on appeal from an Order of the United States Bankruptcy Court for the District of Delaware, Case No. 06-10145-BLS (Chap.13) |

**ORDER RECONSIDERING DISMISSAL OF CASE**
*(relates to Docket No. 7)*

UPON CONSIDERATION OF the Motion for Reconsideration of Order Dismissing Case (the "Motion") filed by appellant Wells Fargo Bank, N.A. ("Appellant") in the above-captioned case; it is therefore HEREBY ORDERED that the Order (D.I. 7) dismissing this case is hereby RECONSIDERED AND VACATED. The parties shall promptly proceed with the continued mediation of this case.

Date:_____       BY THE COURT:

                   _____
                   SUE L. ROBINSON, CHIEF JUDGE
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 4, 2007, copies of the foregoing Motion for Reconsideration of Order Dismissing Case were served via first-class mail, postage prepaid, upon:

>Cynthia L. Carroll, Esquire
>CYNTHIA L. CARROLL, P. A.
>Attorneys and Counselors at Law
>260 Chapman Road, Suite 201-D
>Newark, DE 19702
>
>John Kerns
>187 Brittney Ln
>Hartly, DE 19953

Dated: October 4, 2007             /s/ Adam Hiller
    Wilmington, Delaware        Adam Hiller (DE No. 4105)
                                           Draper & Goldberg, PLLC
                                           1500 North French Street, 2nd Floor
                                           Wilmington, Delaware 19801
                                           (302) 339-8776 telephone
                                           (302) 213-0043 facsimile