IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>    Apellant,<br>vs.<br><br>CHLIS LORRAINE DEAN,<br><br>    Appellee. | Civil No. 06-664-SLR<br><br>(on appeal from an Order of the United States Bankruptcy Court for the District of Delaware, Case No. 06-10145-BLS (Chap.13) |

**AMENDED CERTIFICATE OF SERVICE**
*(relates to Docket No. 8)*

  I HEREBY CERTIFY that on October 5, 2007, copies of the Substitution of Counsel (Docket No. 8) were served via first-class mail, postage prepaid, upon:

    Cynthia L. Carroll, Esquire
    CYNTHIA L. CARROLL, P. A.
    Attorneys and Counselors at Law
    260 Chapman Road, Suite 201-D
    Newark, DE 19702

    John Kerns
    187 Brittney Ln
    Hartly, DE 19953

Dated: October 5, 2007      /s/ **Adam Hiller**
   Wilmington, Delaware    Adam Hiller (DE No. 4105)
               Draper & Goldberg, PLLC
               1500 North French Street, 2nd Floor
               Wilmington, Delaware 19801
               (302) 339-8776 telephone
               (302) 213-0043 facsimile