IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>                Apellant,<br>vs.<br><br>CHLIS LORRAINE DEAN,<br><br>                Appellee. | Civil No. 06-664-SLR<br><br>(on appeal from an Order of the United States Bankruptcy Court for the District of Delaware, Case No. 06-10145-BLS (Chap.13) |

**AMENDED CERTIFICATE OF SERVICE**
*(relates to Docket No. 9)*

I HEREBY CERTIFY that on October 5, 2007, copies of the Motion for Reconsideration of Order Dismissing Case (Docket No. 9) were served via first-class mail, postage prepaid, upon:

        Cynthia L. Carroll, Esquire
        CYNTHIA L. CARROLL, P. A.
        Attorneys and Counselors at Law
        260 Chapman Road, Suite 201-D
        Newark, DE 19702

        John Kerns
        187 Brittney Ln
        Hartly, DE 19953


Dated: October 5, 2007          **/s/ Adam Hiller**
      Wilmington, Delaware      Adam Hiller (DE No. 4105)
                                           Draper & Goldberg, PLLC
                                           1500 North French Street, 2nd Floor
                                           Wilmington, Delaware 19801
                                           (302) 339-8776 telephone
                                           (302) 213-0043 facsimile