**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | ) | |
| | ) | Civil No. 06-664-SLR |
| Appellant, | ) | |
| | ) | (on appeal from an Order of the United |
| vs. | ) | States Bankruptcy Court for the District |
| | ) | of Delaware, Case No. 06-10145-BLS |
| CHLIS LORRAINE DEAN, | ) | (Chap. 13) |
| | ) | |
| Appellee. | ) | Docket No. 9 |

**DEBTOR'S AMENDED RESPONSE TO WELLS FARGO BANK, N.A.'S**
**MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE**

The Debtor, Chlis Lorraine Dean, by Counsel, hereby responds to the Motion for Reconsideration of Order Dismissing Case filed by Wells Fargo Bank, N.A. ("Wells Fargo") as follows:

1.  Admitted.

2.  Admitted.

3.  Admitted.

4.-5.  Debtor is without sufficient information to admit or deny these allegations.

6.  Admitted.  However, the appeal was not timely filed and negotiations were not done in good faith by Wells Fargo.

WHEREFORE, the Debtors pray that Wells Fargo's motion to reconsider order dismissing case be denied and such other relief as this Court deems appropriate.

    Respectfully Submitted,

    **CYNTHIA L. CARROLL, P.A.**

    /s/ Cynthia Carroll
    Cynthia L. Carroll, Esquire
    Attorney for the Debtor
    260 Chapman Road, Suite 201-D
    Newark, DE  19702
    (302) 733-0411 (Telephone)
    (302) 733-0511 (Facsimile)

Dated:  October 30, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | ) | |
| | ) | Civil No. 06-664-SLR |
| Appellant, | ) | |
| | ) | (on appeal from an Order of the United |
| vs. | ) | States Bankruptcy Court for the District |
| | ) | of Delaware, Case No. 06-10145-BLS |
| CHLIS LORRAINE DEAN, | ) | (Chap. 13) |
| | ) | |
| Appellee. | ) | Docket No. 9 |

### CERTIFICATE OF SERVICE

I, Cynthia L. Carroll, Esquire, hereby certify that on this 30th day of October 2007, I caused a copy of the foregoing Amended Response to the Motion for Reconsideration of Order Dismissing Case to be served via first class mail, postage prepaid on the following:

Adam Hiller, Esquire
Draper & Goldberg, P.L.L.C.
1500 North French Street, 2nd Floor
Wilmington, DE  19801

John Kerns
187 Brittney Lane
Hartly, DE  19953

Chlis Dean
7 Blue Hen Ridge
Newark, DE 19711

/s/ Cynthia L. Carroll
Cynthia L. Carroll, Esquire

Dated:  October 30, 2007