IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: CHLIS LORRAINE DEAN,<br><br>Debtors. | )<br>) Bk. No. 06-10145 (JKF)<br>)<br>) |
| WELLS FARGO BANK, N.A.,<br><br>Appellant,<br><br>v.<br><br>CHLIS LORRAINE DEAN,<br><br>Appellee. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 06-664-SLR<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this  2d  day of November, 2007, having reviewed appellant's motion for reconsideration and appellee's response thereto; and having been informed that the mediation process at bar was not used efficiently by either party;

IT IS ORDERED that the pending motion for reconsideration (D.I. 9) is granted to the following extent.

1. The parties shall have until **January 7, 2008** to pursue settlement.

2. If the matter has not been resolved amicably on or before January 7, 2008, appellant shall file its opening brief in support of its appeal on or before **January 21, 2008**. Appellee shall file her responsive brief on or before **February 4, 2008**. Appellant may file a reply brief on or before **February 11, 2008**.

3. Failure by either party to timely file their respective papers shall result in judgment being entered against them.

_____
United States District Judge