IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>      Apellant,<br>vs.<br><br>CHLIS LORRAINE DEAN,<br><br>      Appellee. | Civil No. 06-664-SLR<br><br>(on appeal from an Order of the United States Bankruptcy Court for the District of Delaware, Case No. 06-10145-BLS (Chap.13) |

## STIPULATION OF DISMISSAL

Plaintiff, Wells Fargo Bank, NA ("Plaintiff") and defendant Chlis Lorraine Dean ("Defendant"), by their respective undersigned attorneys, hereby stipulate that the above-captioned appeal is dismissed, each party to bear its own costs.


| | |
|---|---|
| /s/ Adam Hiller | /s/ Cynthia L. Carroll |
| Adam Hiller (DE No. 4105) | Cynthia L. Carroll (DE No. 3465) |
| Draper & Goldberg, PLLC | Cynthia L. Carroll, P.A. |
| 1500 North French Street, 2nd Floor | 260 Chapman Road, Suite 201-D |
| Wilmington, Delaware 19801 | Newark, DE 19702 |
| (302) 339-8776 telephone | |
| (302) 213-0043 facsimile | *Attorneys for Appellee* |
| | |
| *Attorneys for Appellant* | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 11, 2008, copies of the foregoing Stipulation of Dismissal were served via first-class mail, postage prepaid, upon:

> Cynthia L. Carroll, Esquire
> CYNTHIA L. CARROLL, P. A.
> Attorneys and Counselors at Law
> 260 Chapman Road, Suite 201-D
> Newark, DE 19702
>
> John Kerns
> 187 Brittney Ln
> Hartly, DE 19953

Dated: January 11, 2008                /s/ **Adam Hiller**
      Wilmington, Delaware         Adam Hiller (DE No. 4105)
                                  Draper & Goldberg, PLLC
                                  1500 North French Street, 2nd Floor
                                  Wilmington, Delaware 19801
                                  (302) 339-8776 telephone
                                  (302) 213-0043 facsimile